### RUSH *v.* THE STATE.

LUMPKIN, P. J.　Where an indictment for burglary charged that the accused broke and entered a designated house with intent to steal therefrom a specific article, and there was no proof that this article was ever in the house, or that the accused had any reason to believe it was, a verdict of guilty can not stand.　　　　*Judgment reversed.　All the Justices concurring.*

Submitted October 23, — Decided November 7, 1901.

Indictment for burglary.　Before Judge Henry.　Floyd superior court.　July term, 1901.

*Harris, Chamlee & Harris*, for plaintiff in error.
*Moses Wright, solicitor-general*, contra.